FILED
2021 Mar-09 PM 01:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
2/3/2021 9:21 AM
31-CV-2021-900068.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>31-<br><br>Date of Filing: 02/03/2021    Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**KENNETH B BOLES v. HARTFORD LIFE AND ACCIDENT INSURANCE CO.**

**First Plaintiff:** ☐ Business ☑ Individual   **First Defendant:** ☑ Business ☐ Individual
                    ☐ Government ☐ Other                        ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
            R ☐ REMANDED           T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   *Note:* Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** MIL063    2/3/2021 9:21:01 AM    /s/ PHILIP EARL MILES
                              Date                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2

Case 4:21-cv-00360-CLM   Document 1-1   Filed 03/08/21   Page 3 of 20

ELECTRONICALLY FILED
2/3/2021 9:21 AM
31-CV-2021-900068.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| KENNETH B. BOLES, | * |
| PLAINTIFF | * |
| vs. | *   CIVIL ACTION NO.: _____ |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign entity, | * |
| DEFENDANT. | * |

## **COMPLAINT**

## **INTRODUCTION**

1. This cause is brought pursuant to Section 502 of the Employment Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. 1132, and the Federal common law developed to enforce ERISA.

2. Plaintiff seeks disability benefits under an employee benefit plan, as that term is defined in 29 U.S.C. 1002.

3. Defendant agreed and promised that disability coverage for Plaintiff would be in effect as of the dates he became disabled from his employment, but have subsequently reneged on this agreement. To the extent that this agreement arose pursuant to the written terms of the plan, Plaintiff sues to enforce the plan. To the extent that this promise was made verbally or in writing, but outside the terms of the plan, Plaintiff seeks relief under ERISA's provisions governing communication and other fiduciary activities. To the extent that ERISA does not govern these claims, Plaintiff seeks relief under state law.

## **JURISDICTION AND VENUE**

1. Jurisdiction exists pursuant to 29 U.S.C. 1331 and 29 U.S.C 1132(e)(2).
2. The breach of the plan terms took place in this county.
3. Plaintiff has exhausted his administrative remedies.

1

## PARTIES

1.  Plaintiff is an adult resident of Etowah County, Alabama. He was employed with the AutoZone, Inc. ("AutoZone") during all periods pertinent to this Complaint and was or is a participant in the plan covered by Policy No. GLT681053, underwritten by The Hartford Fire Insurance Co. and administered by Hartford Life and Accident Insurance Company ("Hartford"). Hartford is the administrator of the Plan as that term is defined in Section 29 U.S.C 1002(16)(A). The administrator possessed and/or shared some or all of the duties imposed upon an ERISA fiduciary with respect to the matters complained of below.

2.  Hartford is the plan fiduciary and AutoZoners, LLC is the plan/policyholder and is an employer welfare benefit plan, as that term is defined in 29 U.S.C 1002.

## FACTS

1.  Plaintiff incorporates by reference all foregoing paragraphs.

2.  Plaintiff accepted short-term and long-term disability coverage and paid premiums to the Plan because he desired and needed short-term and long-term disability coverage as offered to him by his employer, AutoZone.

3.  Said Insurance Plan Description provided that disability benefits would be available to the Plaintiff if he was limited from performing the material and substantial duties of his regular occupation due to a sickness or sicknesses.

4.  Said Plan description also provided that these benefits would be available if Plaintiff was not working, due to sickness, and Plaintiff continued to be unable to perform the material and substantial duties of any gainful occupation for which he is reasonably fitted by education, training, and experience.

5.  In reliance on these representations, the Plaintiff signed forms necessary to acquire the group short-term and long-term disability coverage and paid premiums for such coverage.

6.  This policy was in force during the time of Plaintiff's employment with AutoZone.

7.  In or around July 17, 2018, the Plaintiff became disabled as a result of severe depression, coronary artery disease, hypertension, peripheral neuropathy and complex partial seizures.

8. The Defendant found the Plaintiff not to be disabled under the terms and conditions of the Plan on July 17, 2018 through the present and continuing.

## COUNT ONE

## CLAIM FOR BENEFITS UNDER ERISA

1. Plaintiff incorporates by reference all foregoing paragraphs.

2. Plaintiff satisfied all conditions established by the Plan administrator for becoming covered by the Plan.

3. Plaintiff is entitled to the short-term and long-term disability coverage promised to him by the Plan administrator by and though its agents.

4. Defendant's refusal to grant Plaintiff this coverage breaches the Plan and ERISA.

5. Pursuant to 29 U.S.C 1132(a)(1)(B) and (a)(3), Plaintiff respectfully asks that the Court:

    (a) Award judgment against Defendant for compensatory damages, plus the costs of this action and reasonable attorney fees.

    (b) Enjoin Defendant to permit Plaintiff to exercise all continuation and/or conversion rights due to him, so as to afford him uninterrupted disability coverage.

    (c) Award whatever other relief is appropriate.

## COUNT TWO

## BREACH OF ERISA FIDUCIARY DUTIES

1. Plaintiff incorporates by reference all foregoing paragraphs.

2. The Defendant's conduct in this respect breached and continues to breach ERISA fiduciary duties.

3. Pursuant to 29 U.S.C. 1132(a)(2) and (a)(3), Plaintiff respectfully asks that the Court:

    (a) Award judgment against Defendant for compensatory damages, plus the costs of this action and reasonable attorneys' fees.

    (b) Enjoin Defendant to permit Plaintiff to exercise all continuation and/or conversion rights due to him, so as to afford him uninterrupted long term disability coverage; and

    (c) Award whatever other relief is appropriate.

3

## COUNT THREE
## BREACH OF CONTRACT

1. Plaintiff incorporates by reference all foregoing paragraphs.

2. This claim is asserted in the event the Administrator is found not to have been engaged in ERISA regulated conduct in connection with one or more of the acts or omissions alleged in this Complaint.

3. Plaintiff and Defendant were parties to a contract whereby the Defendant agreed to provide short-term and long-term disability benefits for Plaintiff in consideration of Plaintiff's satisfaction of the conditions for benefits as described to him by agents of Defendant and in consideration of Plaintiff's employment and of his forbearance to become covered under short-term and long-term disability coverage.

4. Defendant breached its obligations under this contract, or failed to perform them, causing Plaintiff the harm described in this Complaint.

WHEREFORE, Plaintiff demands the short-term and long-term disability benefits to which he is entitled, interest and costs.

_____

Philip E. Miles
Attorney for Plaintiff

LAW OFFICE OF PHILIP E. MILES, LLC
309 Broad Street
Gadsden, AL 35901
Telephone (256) 543-9777
Fax (256) 543-9770
Email: pemllc@bellsouth.net

SERVE DEFENDANT AT:

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
2 North Jackson St.., Ste 605
Montgomery, AL 36104

4



AlaFile E-Notice

31-CV-2021-900068.00

To: PHILIP EARL MILES
pemllc@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.
31-CV-2021-900068.00

The following complaint was FILED on 2/3/2021 9:21:02 AM

Notice Date:     2/3/2021 9:21:02 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



USPS CERTIFIED MAIL

9214 8901 7301 4131 2100 0037 30

*801 FORREST AVENUE*
*SUITE 202*
*GADSDEN, AL, 35901*

31-CV-2021-900068.00

To: HARTFORD LIFE AND ACCIDENT INSURANCE CO.
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.
31-CV-2021-900068.00

The following complaint was FILED on 2/3/2021 9:21:02 AM

Notice Date:    2/3/2021 9:21:02 AM

**CASSANDRA JOHNSON**
**CIRCUIT COURT CLERK**
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2021-900068.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.**

**NOTICE TO:** HARTFORD LIFE AND ACCIDENT INSURANCE CO., C/O CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
PHILIP EARL MILES,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 309 Broad Street, Second Floor, GADSDEN, AL 35901.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KENNETH B BOLES pursuant to the Alabama Rules of the Civil Procedure.

| 02/03/2021 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ PHILIP EARL MILES
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*
Alabama on _____.
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

USPS CERTIFIED MAIL



9214 8901 7301 4131 2100 0037 30

801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

31-CV-2021-900068.00

To: HARTFORD LIFE AND ACCIDENT INSURANCE CO.
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.
31-CV-2021-900068.00

The following complaint was FILED on 2/3/2021 9:21:02 AM

Notice Date:   2/3/2021 9:21:02 AM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>- CIVIL - | **Court Case Number**<br>31-CV-2021-900068.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.**

**NOTICE TO:** HARTFORD LIFE AND ACCIDENT INSURANCE CO., C/O CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), PHILIP EARL MILES

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 309 Broad Street, Second Floor, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KENNETH B BOLES pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 02/03/2021 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ PHILIP EARL MILES
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____
*(Name of Person Served)* *(Name of County)* *(Date)*

_____          _____          _____
*(Type of Process Server)*  *(Server's Signature)*          *(Address of Server)*

                       _____          _____
                       *(Server's Printed Name)*       *(Phone Number of Server)*

ELECTRONICALLY FILED
2/3/2021 9:21 AM
31-CV-2021-900068.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number<br>31<br>Date of Filing:<br>02/03/2021  Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA
### KENNETH B BOLES v. HARTFORD LIFE AND ACCIDENT INSURANCE CO.

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER
R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO  *Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)*

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** MIL063      2/3/2021 9:21:01 AM        /s/ PHILIP EARL MILES
                                Date                      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 5
Case 4:21-cv-00360-CLM   Document 1-1   Filed 03/08/21   Page 13 of 20

ELECTRONICALLY FILED
2/3/2021 9:21 AM
31-CV-2021-900068.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

## IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| KENNETH B. BOLES, | * |
| PLAINTIFF | * |
| vs. | * CIVIL ACTION NO.: _____ |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign entity, | * |
| DEFENDANT. | * |

## COMPLAINT

### INTRODUCTION

1. This cause is brought pursuant to Section 502 of the Employment Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. 1132, and the Federal common law developed to enforce ERISA.

2. Plaintiff seeks disability benefits under an employee benefit plan, as that term is defined in 29 U.S.C. 1002.

3. Defendant agreed and promised that disability coverage for Plaintiff would be in effect as of the dates he became disabled from his employment, but have subsequently reneged on this agreement. To the extent that this agreement arose pursuant to the written terms of the plan, Plaintiff sues to enforce the plan. To the extent that this promise was made verbally or in writing, but outside the terms of the plan, Plaintiff seeks relief under ERISA's provisions governing communication and other fiduciary activities. To the extent that ERISA does not govern these claims, Plaintiff seeks relief under state law.

### JURISDICTION AND VENUE

1. Jurisdiction exists pursuant to 29 U.S.C. 1331 and 29 U.S.C 1132(e)(2).
2. The breach of the plan terms took place in this county.
3. Plaintiff has exhausted his administrative remedies.

1

## PARTIES

1.  Plaintiff is an adult resident of Etowah County, Alabama. He was employed with the AutoZone, Inc. ("AutoZone") during all periods pertinent to this Complaint and was or is a participant in the plan covered by Policy No. GLT681053, underwritten by The Hartford Fire Insurance Co. and administered by Hartford Life and Accident Insurance Company ("Hartford"). Hartford is the administrator of the Plan as that term is defined in Section 29 U.S.C 1002(16)(A). The administrator possessed and/or shared some or all of the duties imposed upon an ERISA fiduciary with respect to the matters complained of below.

2.  Hartford is the plan fiduciary and AutoZoners, LLC is the plan/policyholder and is an employer welfare benefit plan, as that term is defined in 29 U.S.C 1002.

## FACTS

1.  Plaintiff incorporates by reference all foregoing paragraphs.

2.  Plaintiff accepted short-term and long-term disability coverage and paid premiums to the Plan because he desired and needed short-term and long-term disability coverage as offered to him by his employer, AutoZone.

3.  Said Insurance Plan Description provided that disability benefits would be available to the Plaintiff if he was limited from performing the material and substantial duties of his regular occupation due to a sickness or sicknesses.

4.  Said Plan description also provided that these benefits would be available if Plaintiff was not working, due to sickness, and Plaintiff continued to be unable to perform the material and substantial duties of any gainful occupation for which he is reasonably fitted by education, training, and experience.

5.  In reliance on these representations, the Plaintiff signed forms necessary to acquire the group short-term and long-term disability coverage and paid premiums for such coverage.

6.  This policy was in force during the time of Plaintiff's employment with AutoZone.

7.  In or around July 17, 2018, the Plaintiff became disabled as a result of severe depression, coronary artery disease, hypertension, peripheral neuropathy and complex partial seizures.

8. The Defendant found the Plaintiff not to be disabled under the terms and conditions of the Plan on July 17, 2018 through the present and continuing.

2

## COUNT ONE

## CLAIM FOR BENEFITS UNDER ERISA

1. Plaintiff incorporates by reference all foregoing paragraphs.

2. Plaintiff satisfied all conditions established by the Plan administrator for becoming covered by the Plan.

3. Plaintiff is entitled to the short-term and long-term disability coverage promised to him by the Plan administrator by and though its agents.

4. Defendant's refusal to grant Plaintiff this coverage breaches the Plan and ERISA.

5. Pursuant to 29 U.S.C 1132(a)(1)(B) and (a)(3), Plaintiff respectfully asks that the Court:

> (a) Award judgment against Defendant for compensatory damages, plus the costs of this action and reasonable attorney fees.
>
> (b) Enjoin Defendant to permit Plaintiff to exercise all continuation and/or conversion rights due to him, so as to afford him uninterrupted disability coverage.
>
> (c) Award whatever other relief is appropriate.

## COUNT TWO
## BREACH OF ERISA FIDUCIARY DUTIES

1. Plaintiff incorporates by reference all foregoing paragraphs.

2. The Defendant's conduct in this respect breached and continues to breach ERISA fiduciary duties.

3. Pursuant to 29 U.S.C. 1132(a)(2) and (a)(3), Plaintiff respectfully asks that the Court:

> (a) Award judgment against Defendant for compensatory damages, plus the costs of this action and reasonable attorneys' fees.
>
> (b) Enjoin Defendant to permit Plaintiff to exercise all continuation and/or conversion rights due to him, so as to afford him uninterrupted long term disability coverage; and
>
> (c) Award whatever other relief is appropriate.

3

## COUNT THREE
## BREACH OF CONTRACT

1.  Plaintiff incorporates by reference all foregoing paragraphs.

2.  This claim is asserted in the event the Administrator is found not to have been engaged in ERISA regulated conduct in connection with one or more of the acts or omissions alleged in this Complaint.

3.  Plaintiff and Defendant were parties to a contract whereby the Defendant agreed to provide short-term and long-term disability benefits for Plaintiff in consideration of Plaintiff's satisfaction of the conditions for benefits as described to him by agents of Defendant and in consideration of Plaintiff's employment and of his forbearance to become covered under short-term and long-term disability coverage.

4.  Defendant breached its obligations under this contract, or failed to perform them, causing Plaintiff the harm described in this Complaint.

WHEREFORE, Plaintiff demands the short-term and long-term disability benefits to which he is entitled, interest and costs.

//Philip E. Miles

Philip E. Miles
Attorney for Plaintiff

LAW OFFICE OF PHILIP E. MILES, LLC
309 Broad Street
Gadsden, AL 35901
Telephone (256) 543-9777
Fax (256) 543-9770
Email: pemllc@bellsouth.net

SERVE DEFENDANT AT:

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
C/O C T CORPORATION SYSTEM
2 North Jackson St.., Ste 605
Montgomery, AL 36104

4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**31-CV-2021-900068.00** |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.**

**NOTICE TO:** HARTFORD LIFE AND ACCIDENT INSURANCE CO., C/O CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), PHILIP EARL MILES

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 309 Broad Street, Second Floor, GADSDEN, AL 35901

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KENNETH B BOLES pursuant to the Alabama Rules of the Civil Procedure.

| 02/03/2021 | /s/ CASSANDRA JOHNSON | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ PHILIP EARL MILES
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
                                                                  *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

| *(Name of Person Served)* | *(Name of County)* |
|---|---|
| *(Date)* | |

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**31-CV-2021-900068.00**
KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.

| C001 - KENNETH B BOLES | v. | D001 - HARTFORD LIFE AND ACCIDENT INSURANCE CO. |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

**UNITED STATES POSTAL SERVICE**

February 8, 2021

Dear Circuit Clerk:

**UJS Information**

Case Number: 31-CV-2021-900068.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:
HARTFORD LIFE AND ACCIDENT INSURANCE CO.  (D0
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL 36104

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4131 2100 0037 30**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | February 8, 2021, 9:19 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

### Recipient Signature

Signature of Recipient: *Jennifer Lockwood*

Address of Recipient: *2 N Jackson St Suite 605*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

31-CV-2021-900068.00
Judge: GEORGE C. DAY, JR.

To: MILES PHILIP EARL
pemllc@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.
31-CV-2021-900068.00

The following matter was served on 2/8/2021

**D001 HARTFORD LIFE AND ACCIDENT INSURANCE CO.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150





AlaFile E-Notice

31-CV-2021-900068.00
Judge: GEORGE C. DAY, JR.

To: HARTFORD LIFE AND ACCIDENT INSURANCE CO. (PRO SE)
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

KENNETH B BOLES V. HARTFORD LIFE AND ACCIDENT INSURANCE CO.
31-CV-2021-900068.00

The following matter was served on 2/8/2021

**D001 HARTFORD LIFE AND ACCIDENT INSURANCE CO.**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150