# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **KENNETH B. BOLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00360-CLM |
| ) | |
| **HARTFORD LIFE AND** ) | |
| **ACCIDENT INSURANCE CO.,** ) | |
| ) | |
| Defendant. | |

## ORDER OF DISMISSAL

The Court, having been advised that a settlement has been reached, **DISMISSES this case WITHOUT PREJUDICE**. The court retains jurisdiction of this action to reinstate the case, if any party represents to the court **on or before December 22, 2021** that final settlement documentation could not be completed. The parties may request additional time to file dismissal documents if necessary. If the court does not hear from the parties by **December 22, 2021**, this dismissal will convert into a **dismissal with prejudice**. All pending deadlines and settings in this case are cancelled.

**DONE and ORDERED** this 22nd day of October, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE